# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

135263

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

COREY LEE CRAPOFF,
      Defendant-Appellant.

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 135263
COA: 280147
Calhoun CC: 06-002370-FC

_____/

      On order of the Court, the application for leave to appeal the September 21, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008

l0211

Clerk